Case 4:15-cr-00151-O   Document 288   Filed 08/17/15   Page 1 of 1   PageID 615

## UNITED STATES DISTRICT COURT
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS



UNITED STATES OF AMERICA )
)
v.                        )   Case No. 4:15-CR-00151-O(4)
)
CHANCE BROOKS             )
)

### Consent To Modify Conditions Of Release

I, Chance Brooks, have discussed with Robert Honstein, Pretrial Services Officer, modifications of my release conditions as follows:

(7h) The defendant must get medical or psychiatric treatment: as directed by pretrial services.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     8/14/15
Chance Brooks                        Date

s/Robert Honstein                    8/14/2015
U.S. Probation Officer               Date

s/Cecilio Bustamante                 8/14/2015
Supervising U.S. Probation Officer   Date

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG — 2015
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     8/14/15
Signature of Defense Counsel         Date

☑  The above modification of conditions of release is ordered, to be effective on August 14, 2015.

☐  The above modification of conditions of release is not ordered.

_____     8/17/15
U.S. Magistrate Judge Jeffrey L Cureton   Date

Page 1 of 1