AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:15-CR-151-O (04) |
| CHANCE BROOKS | ) | |
| *Defendant* | ) | |

US MARSHALS SERVICE N/TX
FORT WORTH, TX
2015 AUG 24 PM 4:08

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 25 2015
CLERK, U.S. DISTRICT COURT
By _____
          Deputy

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHANCE BROOKS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Report of Violation of Conditions of Pretrial Release

Date:   08/19/2015

*Issuing officer's signature*

City and state:   Fort Worth, Texas

Jeffrey L. Cureton, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/19/15, and the person was arrested on *(date)* 8/19/15
at *(city and state)* PLANO, TX

Date: 8/19/15

*Arresting officer's signature*

A. LOPEZ DEPUTY US MARSHAL
*Printed name and title*